No. 00–9699. SANTOS *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 00–9702. ORTIZ-CAMERON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–9704. HARRIS *v.* UNITED STATES; and
No. 00–9745. GAINES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 238 F. 3d 777.

No. 00–9706. HARVEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9731. ANDINO *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 00–9734. ENIS *v.* SCHOMIG, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 00–9743. HISHAW *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–9764. MEDELLIN-BARBOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9767. ROSAS LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9775. RIGGINS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 00–9778. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9780. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9783. LUVIANO-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9785. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.